# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:   10/27/2021          Case Number   2:21-cr-00084

Case Style          USA vs. Che Dushon Lark

Type of hearing     Pretrial Motions Hearing

Before the Honorable: 2513-Goodwin

Court Reporter      Kimberly Kaufman          Courtroom Deputy  Robin Clark

Attorney(s) for the Plaintiff or Government

Steven Loew and Jeremy Wolfe

Attorney(s) for the Defendant(s)

John Balenovich

Law Clerk           Denali Hedrick

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 2:04 PM | 3:02 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:12 PM | 3:41 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 01:27

## Courtroom Notes

Scheduled start time 2:00 p.m.
Actual start time 2:04 p.m.

MOTION HEARING
Counsel for parties present
Deft present
MOTION to Suppress Evidence ECF No. 41
The parties discuss the motion and the response to the motion.
Govt Witness 1 Wes Daniels
Direct by Govt
Cross by Deft
No redirect
The court has specific questions for the witness.
End time 3:02 p.m.

Start time 3:12 p.m.
Govt has additional questions for Govt Witness 1 Wes Daniels
Govt Exhibit 1 marked & admitted
Additional cross by Deft
Argument by Govt
The parties request to submit briefs

No objection by the Govt to continuing the trial.

The Govt will request the transcript.

Brief by Govt due Friday, November 5th; Response by Deft due Friday, November 12th; Reply by Govt due Monday, November 15th.

End time 3:41 p.m.