```
          IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 2:21-cr-00084

CHE DUSHON LARK

### MOTION OF THE UNITED STATES TO RESCHEDULE TRIAL

Comes now, the United States of America, by Steven I. Loew, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to reschedule the trial in this case. Trial is currently scheduled for April 26, 2022. The parties estimated that the trial would last 3 to 4 days.

As grounds for this motion, the undersigned states that he is scheduled to be out of state from April 29, 2022, through May 1, 2022, to attend the wedding of a family member. Therefore, the United States asks the Court to reschedule the trial for either an earlier trial date or for a date after May 2, 2022.

                Respectfully submitted,

                WILLIAM S. THOMPSON
                United States Attorney

By:

                /s/ Steven I. Loew
                STEVEN I LOEW
                Assistant United States Attorney
                WV Bar No. 7412
                300 Virginia Street, East, Room 4000
                Charleston, WV 25301
                Email:  steven.loew2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "MOTION OF THE UNITED STATES TO RESCHEDULE TRIAL" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 24th day of February, 2022 to:

    John J. Balenovich, Esquire
    3818 MacCorkle Avenue SE
    Suite 101
    Charleston, WV  25304
    Email:  john@wvlitigator.com

    /s/Steven I. Loew
    STEVEN I. LOEW
    Assistant United States Attorney
    WV Bar No.7412
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone:  304-345-2200
    Fax: 304-347-5104
    Email:steven.loew2@usdoj.gov