# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00084

CHE DUSHON LARK

### ORDER

Pending is the motion by the United States to continue the trial of this matter. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar.

Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, the court **GRANTS** the motion [ECF No. 81] for continuance.   The trial, previously scheduled for April 26, 2022, is **CONTINUED** to **May 10, 2022, at 8:30 a.m.**   The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **May 3, 2022**.

The pretrial motions hearing, previously scheduled for April 7, 2022, is **CONTINUED** to **April 25, 2022, at 1:30 p.m.**   Any motions to be addressed at the pretrial motions hearing shall be filed no later than **April 11, 2022**.

The court **FINDS** that the time between April 26, 2022, and May 10, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: February 25, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE