UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

v.                                                                  Criminal No. 2:21-cr-00084

**CHE DUSHON LARK**

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, OR ANY AUTHORIZED LAW ENFORCEMENT OFFICER:

TO EXECUTE:

WE COMMAND that you proceed to the South Central Regional Jail, Charleston, West Virginia, and remove therefrom the body of LYDIA M. HODGES and produce her under safe and secure conduct before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on MAY 10, 2022 at 8:30 AM, or at such other time or times as the District Court may direct; and upon completion of LYDIA M. HODGES' testimony, return the said LYDIA M. HODGES to the South Central Regional Jail.

RORY L. PERRY II, Clerk

By: _____Rory L Perry II /rb_____
Deputy Clerk

Date: 3/25/2022

CUSTODY ASSUMED:

Executed this _____ day of _____, 20

By: _____
United States Marshal/Deputy or Authorized Law Enforcement Officer