IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:21-cr-00084

CHE DUSHON LARK

**ORDER**

For reasons appearing to the court the trial, previously scheduled for May 10, 2022, is **CONTINUED** to **May 16, 2022, at 8:30 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **May 9, 2022**.

The pretrial motions hearing, previously scheduled for April 25, 2022, is **CONTINUED** to **April 27, 2022, at 1:30 p.m.** Any motions to be addressed at the pretrial motions hearing shall be filed no later than **April 11, 2022**.

The court **FINDS** that the time between May 10, 2022, and May 16, 2022, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 4, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE